1  Joshua B. Swigart, Esq. (SBN 225557)
   Robert L. Hyde, Esq. (SBN 227183)
2  **HYDE & SWIGART**
   411 Camino Del Rio South, Suite 301
3  San Diego, CA 92108
   Telephone: (619) 233-7770
4  Facsimile:  (619) 297-1022

5  Attorneys for:
   Vanessa S. Allen, On Behalf of herself and all other similary situated
6

7
                    **UNITED STATES DISTRICT COURT,**
8
                    **SOUTHERN DISTRICT OF CALIFORNIA**
9

| Vanessa S. Allen, On Behalf of herself and all other similary situated | **Case Number:** 09-CV-0410-L-POR |
|---|---|
| Plaintiff, | **PROOF OF SERVICE** |
| Rickenbacker Collection Services | |
| Defendants | |

Joshua B. Swigart, Esq. (SBN 225557)
Robert L. Hyde, Esq. (SBN 227183)
**Hyde & Swigart**
411 Camino Del Rio South, Suite 301
San Diego, Ca 92108
619-233-7770
Attorney for: Plaintiff's

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

PLAINTIFF:    Vanessa S. Allen, On Behalf of herself and all other similarly situated

**Case No.:** 09 CV 0410 L POR

DEFENDANT:    Rickenbacker Collection Services

**PROOF OF SERVICE**

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the: SUMMONS, COMPLAINT, CIVIL COVERSHEET

3. a. Party served:   Rickenbacker Group, Inc who DBA Rickenbacker Collection Services
   b. Person served: Ruby Jeske-Garcia (Person In Charge)

4. Address where the party was served: 15005 Concord Circle, Morgan Hill, CA 95037
5. I served the party
   b. **by substituted service.** On: Mon., Mar. 30, 2009 at: 4:20pm by leaving the copies with or in the presence of: Ruby Jeske-Garcia, Person In Charge, Hispanic, Female, 35 Years Old, Brown Hair, Brown Eyes, 5 Feet 4 Inches, 150 Pounds

   (1) **(Business)** Person in charge over 18. I informed him or her of the general nature of the papers.

   (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   d. on behalf of: (specify): Rickenbacker Collection Services
   *under the following Code of Civil Procedure section:*
      415.95 (business organization, form unknown)

7. Person Who Served Papers:
   a. JEFFREY CUNNINGHAM
      SOUTHWEST LEGAL SERVICES
   b. 411 CAMINO DEL RIO SOUTH,
      STE. 301
      SAN DIEGO, CA 92108
   c. 619-955-7225

   d. Fee for service $ 73.50
   e. I am:
      (3) a registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 428
      (iii) County: Santa Clara

8. I declare under the penalty to perjury under the law of the State of California that the foregoing is true and correct.

Date: March 31, 2009                    Signature:

**PROOF OF SERVICE**

Joshua B. Swigart, Esq. (SBN 225557)
Robert L. Hyde, Esq. (SBN 227183)
**Hyde & Swigart**
411 Camino Del Rio South, Suite 301
San Diego, Ca 92108
619-233-7770
Attorney for: Plaintiff's

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

PLAINTIFF:     Vanessa S. Allen, On Behalf of herself and all other similarly situated

Case No.: 09 CV 0410 L POR

DEFENDANT:     Rickenbacker Collection Services

**PROOF OF SERVICE By Mail**

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the: SUMMONS, COMPLAINT, CIVIL COVERSHEET

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:        Tue., Mar. 31, 2009
   b. Place of Mailing:       SAN JOSE, CA 95113
   C. Addressed as follows:   RICKENBACKER COLLECTION SERVICES
                              15005 CONCORD CIRCLE
                              MORGAN HILL, CA 95037

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Tue., March. 31, 2009 in the ordinary course of business.

5. Person Who Served Papers:
   a. MICHELLE VARGAS
      SOUTHWEST LEGAL SERVICES
   b. 411 CAMINO DEL RIO SOUTH,
      STE. 301
      SAN DIEGO, CA 92108
   c. 619-955-7225

   d. Fee for service $ 73.50
   e. I am:
      (3) a registered California process server
      (i) Employee
      (ii) Registration No.:
      (iii) County:

6. I declare under the penalty to perjury under the law of the State of California that the foregoing is true and correct.

Date: March 31, 2009                              Signature: _____

**PROOF OF SERVICE**