Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**Hyde & Swigart**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone:   (619) 233-7770
Facsimile:    (619) 297-1022

Attorneys for the Plaintiffs

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA S. ALLEN, on behalf of herself and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>RICKENBACKER COLLECTION SERVICES<br><br>Defendant. | **Case Number: 09-CV-00410-L-POR**<br><br>STIPULATION FOR DISMISSAL OF CLASS CLAIMS WITHOUT PREJUDICE AND ALL INDIVIDUAL CLAIMS WITH PREJUDICE |

Plaintiff, Vanessa S. Allen, (hereinafter "Plaintiff"), and Defendant Rickenbacker Collection Services, (hereinafter "Defendant" and jointly as "Parties") hereby stipulate to dismiss all class action claims without prejudice and all of Plaintiff Vanessa S. Allen's individual claims with prejudice, and in support of this Motion hereby set forth:

1. Plaintiff no longer wishes desires to be the class representative in the instant action, but prefers to proceed with her individual claims.

2. As to Plaintiff's individual claims, The Parties have reached a settlement.

3. The Defendant, without acknowledging liability or wrongdoing, and Plaintiff, without acknowledging liability or wrongdoing, have agreed to fully and completely settle this matter.

4. The settlement between Plaintiff and Defendant is memorialized in a written settlement agreement, now fully executed by Plaintiff and Defendant. Under said settlement agreement, in pertinent part, Plaintiff and Defendants mutually release each other from all claims.

5. Plaintiff represents to the Court that all actions required under the settlement agreement have now been performed. The Parties thus agree that this Court can proceed to dismiss Plaintiff's individual claims with prejudice and the Class claims without prejudice.

Respectfully submitted,

Date: June 18, 2010                                **Hyde & Swigart**

                                                  By: /s/ Joshua B. Swigart
                                                  Joshua B. Swigart
                                                  Attorneys for the Plaintiff

Date: June 18, 2010                                **GORDON AND REES**

                                                  By: s/ Kevin W. Alexander
                                                  Kevin W. Alexander
                                                  Attorneys for Defendant

## Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Kevin W. Alexander , counsel for RICKENBACKER COLLECTION SERVICES, and that I have obtained Mr. Alexander's authorization to affix his electronic signature to this document.

Date: June 18, 2010                                   **Hyde & Swigart**

                                                      By: /s/ Joshua B. Swigart
                                                      Joshua B. Swigart
                                                      Attorneys for the Plaintiff