UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VANESSA S. ALLEN, | ) | Civil No. 09cv410-L(POR) |
| Plaintiff, | ) | |
| v. | ) | **ORDER GRANTING JOINT MOTION FOR DISMISSAL** |
| RICKENBACKER COLLECTION SERVICES, | ) | |
| Defendant. | ) | |

On June 18, 2010 the parties filed a Stipulation for Dismissal of Class Claims Without Prejudice and All Individual Claims with Prejudice. No class has been certified in this case. Pursuant to Federal Rule of Civil Procedure 41(a), the joint motion is **GRANTED**. Plaintiff's individual claims are hereby **DISMISSED WITH PREJUDICE**. Class action allegations are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

DATED: June 21, 2010

M. James Lorenz
United States District Court Judge

COPY TO:

HON. LOUISA S. PORTER
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL

09cv410